No. 13,123.

PINKUS *v.* REDMAN.
(12 P. [2d] 1117)

Decided June 27, 1932.

Mr. H. A. DAVIS, for plaintiff in error.

Mr. T. E. ANDERSON, for defendant in error.

Per Curiam.